■ In the Matter of LEONARD H. RUBIN, a Suspended Attorney.—Motion for leave to resign from the bar denied, and respondent directed to comply with this Court's order of suspension entered December 31, 1991 [174 AD2d 38]. Concur—Murphy, P. J., Rosenberger, Ellerin, Ross and Rubin, JJ.

■ In the Matter of JAMES HARRISON COHEN, a Disbarred Attorney.—Application for reinstatement denied. Concur—Murphy, P. J., Milonas, Ellerin, Kupferman and Asch, JJ.

■ In the Matter of BERNARD J. COVEN, a Disbarred Attorney.—Application for reargument of, or leave to appeal to the Court of Appeals from, the order of this Court entered on November 7, 1991 (177 AD2d 284), denied. Concur—Sullivan, J. P., Carro, Kupferman, Ross and Smith, JJ.